NUMBER 13-05-089-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

BACK-HAUL BULK CARRIERS, INC.,                                   Appellant,

v.

CHARLES R. WEBER CO., INC.,                                           Appellee.
___________________________________________________________________

On appeal from the 151st District Court 
 of Harris County, Texas
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza 
Memorandum Opinion Per Curiam

         Appellant, BACK-HAUL BULK CARRIERS, INC., attempted to perfect an appeal
from a judgment entered by the 151st District Court of Harris County, Texas. On
December 13, 2004, the trial court partially granted appellant’s motion for new trial. 
Appellant has filed a motion to dismiss the appeal on the basis that there is no final
judgment in this case.
         The Court, having examined and fully considered the documents on file, the trial
court’s order granting a partial new trial, and appellant’s motion to dismiss the appeal,
is of the opinion that the appeal should be dismissed for want of jurisdiction. 
Appellant’s motion to dismiss the appeal is GRANTED, and the appeal is hereby
DISMISSED FOR WANT OF JURISDICTION.
                                                                                 PER CURIAM

Memorandum Opinion delivered and filed this
the 17th day of March, 2005.